UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COGNAC FERRAND S.A.S., | | |
| | Petitioner and Cross-Respondent, | 20 Civ. 5933 (PAE) |
| -v- | | ORDER |
| MYSTIQUE BRANDS LLC, | | |
| | Respondent and Cross-Petitioner. | |

PAUL A. ENGELMAYER, District Judge:

On January 4, 2021, Cognac Ferrand ("Ferrand") moved for a preliminary injunction preventing Mystique Brands LLC ("Mystique") from effectuating any seizure of Ferrand's assets in France pending the resolution of the parties' motions to confirm or vacate the arbitral award at issue here. Dkts. 31–35. Accordingly, it is hereby ORDERED that Mystique shall serve any opposition to Ferrand's motion by January 15, 2021. The Court does not invite any reply at this time.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 4, 2021
       New York, New York