UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COGNAC FERRAND S.A.S.,

                      Petitioner and
                      Cross-Respondent,

    -v-                                        20 Civ. 5933 (PAE)

MYSTIQUE BRANDS LLC,                       ORDER

                      Respondent and
                      Cross-Petitioner.

---

PAUL A. ENGELMAYER, District Judge:

In an opinion issued today, the Court confirmed the arbitral award of fees and costs to Mystique Brands LLC ("Mystique"), denied the petition by Cognac Ferrand S.A.S. ("Ferrand") to vacate that award, and denied Mystique's request for sanctions. *See* Dkt. 45. The Court also denied Ferrand's motion for a preliminary injunction, to which the Court had previously ordered Mystique to respond by January 15, 2021. Dkt. 36. In light of the Court's denial of the latter motion, the Court hereby excuses as moot Mystique's obligation to file that response.

SO ORDERED.

                                                                         PAUL A. ENGELMAYER
                                                                         United States District Judge

Dated: January 13, 2021
       New York, New York