UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COGNAC FERRAND S.A.S.,<br><br>*Petitioner*,<br><br>vs.<br><br>MYSTIQUE BRANDS LLC,<br><br>*Respondent*. | No.: 1:20-cv-5933-PAE<br><br>**JUDGEMENT** |

WHEREAS, on July 30, 2020, Petitioner petitioned this Court to vacate a final arbitral award dated May 1, 2020 ("Award"), which ordered Petitioner to pay Respondent attorney's fees and costs of $1,960,950.61, and Respondent having on September 9, 2020 cross-moved to confirm the Award;

WHEREAS, on January 13, 2021, this Court issued an Opinion and Order denying Petitioner's petition to vacate the Award and granting Respondent's cross-motion to confirm the Award.

Now, it is hereby

ORDERED, ADJUDJED AND DECREED that:

1. The Award is CONFIRMED pursuant to 9 U.S.C. § 9; and

2. Respondent Mystique Brands LLC shall recover from Petitioner Cognac Ferrand S.A.S. in the amount of $1,960,950.61, plus post-judgment interest on such sum pursuant to 28 U.S.C. § 1961 running from the date of entry of this judgment.

Dated: New York, New York
         January 26 , 2021

The Clerk of Court is respectfully directed to close this case.

ENTERED:

_____Paul A. Engelmayer_____
UNITED STATES DISTRICT JUDGE


_____
CLERK OF THE COURT


_____
DEPUTY CLERK

2